```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARY LANGTON,

                Plaintiff,

- against -

TOWN OF CHESTER LIBRARY BOARD, et al.,

                Defendant,

-----------------------------------------------------------------X

**ORDER**

14 Civ. 9474 (NSR)

Román, D.J.:

       On October 3, 2022, having been advised that the claims asserted herein had been settled in principle, the Court issued an Order discontinuing the case subject to reopening should the settlement not be consummated within forty-five (45) days. (*See* ECF No. 208.) On November 15, 2022, the Court was advised that a settlement agreement has not yet been consummated, but negotiations remain ongoing.

       Accordingly, the Court will GRANT an additional twenty-one (21) days, to December 8, 2022, for the parties to consummate a settlement. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court on or before December 8, 2022 with a request that the agreement be "so ordered" by the Court.

       The Clerk of the Court is kindly directed to mail a copy of this order to *pro se* Plaintiff and show service on the docket.

SO ORDERED.

Dated:     White Plains, New York
             November 17, 2022

                                                                    Nelson S. Román, U.S.D.J.