Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Richard J. Olson
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Thomas J. Cummings
Tinamarie Fisco
Nicholas Tarkazikis
Michael P. Towey

*Of Counsel*
David L. Posner
Ellen L. Baker
Hon. Albert M. Rosenblatt
James Kimmel

John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
Edward J. Mack *1910-1998*
Joseph C. McCabe *1925-1981*
J. Joseph McGowan *1936-2022*



**McCABE & MACK LLP**
ATTORNEYS AT LAW
mccm.com

Direct Dial: (845) 486-6874
E-mail: dposner@mccm.com

December 1, 2023

**VIA ECF**
Magistrate Judge Andrew E. Krause
The Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> APPLICATION GRANTED IN PART.  Because the Court intends to spend the entire brief conference in separate discussions with the parties, the Court will still plan to speak with Ms. Langton on December 8, 2023 at 11:30 a.m. as scheduled, and will speak separately with Mr. Posner on December 14, 2023 at 2:30 p.m.  The Clerk of Court is respectfully directed to a mail a copy of this order to the *pro se* Plaintiff.
>
> Dated: December 1, 2023
>
> **SO ORDERED.**
>
> _____
> ANDREW E. KRAUSE
> United States Magistrate Judge

Re:   Langton v. Town of Chester Library Board, et al.
      14 CIV 9474 (NSR)(AEK)
      Our File No. 12536-0042

Dear Magistrate Judge Krause:

We are in receipt of Your Honor's order scheduling a conference for December 8, 2023.  I would respectfully request an adjournment of this date as my wife will be having surgery on December 7, 2023 and we will be away for that until December 12.

I would respectfully request the conference be adjourned to either December 13, 14 or 15, 2023.

Thank you.

Respectfully yours,

McCABE & MACK LLP

DAVID L. POSNER

DLP/dmf
cc:    Mary Langton (Via Email and U.S. Mail)

63 Washington Street, P.O. Box 509, Poughkeepsie, NY 12602-0509  |  **845-486-6800**  |  fax: 845-486-7621