UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARY LANGTON,

                           Plaintiff,                      **ORDER**

            -against-                        14-cv-9474 (NSR) (AEK)

TOWN OF CHESTER LIBRARY BOARD,

                           Defendant.
-----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As discussed with the *pro se* Plaintiff during the December 8, 2023 *ex parte* settlement conference, Susanne Toes, Esq. of the New York Legal Assistance Group ("NYLAG") is hereby appointed to represent Plaintiff for settlement purposes only.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.[1]

Dated: December 11, 2023
       White Plains, New York

                                                                       SO ORDERED.

                                                                   _____
                                                                   ANDREW E. KRAUSE
                                                                   United States Magistrate Judge

---

[1] Chambers staff also will send a copy of this order to the email address that the Court has in its paper file for the *pro se* Plaintiff.