USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY LANGTON,

Plaintiff,

-against-

TOWN OF CHESTER LIBRARY BOARD,

Defendant.

No. 14-CV-9474 (NSR)

**OPINION & ORDER**

NELSON S. ROMÁN, United States District Judge:

Plaintiff's request to unseal the deposition transcript is GRANTED. The Clerk of Court is respectfully directed to unseal the deposition transcript at ECF No. 238 However, Plaintiff is precluded from seeking to introduce at trial any testimony or questioning concerning claims that have previously been dismissed from this action, including Plaintiff's First Amendment retaliation claim. To the extent Plaintiff seeks to introduce or otherwise rely upon any portion of the deposition transcript at trial, Plaintiff must first make a proffer demonstrating the relevance of the specific testimony to Plaintiff's sole remaining procedural due process claim. The Court will determine the admissibility of any such testimony upon consideration of Plaintiff's proffer and any objections thereto.

Dated: September 28, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge