UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY LANGTON,<br><br>Plaintiff,<br><br>-against-<br><br>TOWN OF CHESTER LIBRARY BOARD,<br><br>Defendants. | No. 14 CV 9474 (NSR)<br><br>**ORDER** |

NELSON S. ROMÁN, United States District Judge:

In advance of the pretrial conference scheduled for December 2, 2026, the Court writes to supplement its prior pretrial guidance. As directed in the Court's September 17, 2026, Minute Entry, by December 2, 2026, each party shall submit to the Court and serve on all adversaries any deposition excerpts it intends to use at trial, as well as its witness and trial exhibit lists. The Court appreciates Plaintiff's efforts to submit, ahead of the deadline, the deposition transcripts she intends to use at trial. However, the Court notes that the transcripts were not accompanied by the required one-page synopses identifying the relevant excerpts and citing the corresponding pages and lines. Plaintiff may cure this deficiency by either mailing the one-page synopses to Chambers and opposing counsel, or emailing them to RomanNYSDChambers@nysd.uscourts.gov and opposing counsel.

Additionally, the parties are directed to submit their exhibit binders to the Court by January 11, 2027. As instructed in the Court's September 17, 2026, Minute Entry, all exhibits must be pre-marked and tabbed. Finally, Plaintiff previously requested that the Court advise her whether it retained copies of the exhibits she submitted in 2020. The Court does not have those copies.

Accordingly, Plaintiff is respectfully directed to provide new copies of any exhibits she intends to introduce at trial.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff at the address listed on ECF.

Dated: November 23, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge